UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID E. FIELDS,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 25-cv-01969-JPG

Criminal No 08-cr-30058-JPG-1

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner David Fields's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of Respondent United States of America and against Petitioner David Fields, and that this case is dismissed with prejudice.

DATED: July 2, 2026

MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved:

**J. PHIL GILBERT**
**United States District Judge**